# Exhibit A



# RIDER

## Definitions

1. "All" means "any and all"; "any" means "any and all."

2. "And" and "or" each encompass both "and" and "or." Both terms should be construed disjunctively and conjunctively, as necessary, to bring within the scope of these requests all documents that might otherwise be construed as falling outside their scope.

3. "Including" means "including, but not limited to."

4. "Concerning" means constituting, evidencing, reflecting, describing, effecting, memorializing, summarizing, relating to, referring to, pertaining to, or being about, either directly or indirectly, or in any way logically or factually connected with the specified subject matter. Any request for documents "concerning" any subject matter includes a request for documents reflecting communications about that subject matter.

5. "Communication" means the transmittal of any information in any manner. The term "communication" includes, but is not limited to, any oral, written, or electronic correspondence and evidence thereof, no matter how that correspondence or evidence is stored, memorialized, or fixed. It also includes, but is not limited to, any summaries, reviews, reports, notes, logs, records, journals, minutes, or outlines concerning the transmittal of information.

6. "Document" is used in its broadest sense and is meant to include all items referred to and included within the scope of Federal Rule of Civil Procedure 34. The term "document" specifically encompasses, but is not limited to, any and all electronic documents and data, no matter how they are stored. The term "document" also encompasses, but is not limited to, all original and nonidentical copies and all nonidentical drafts or versions of any document.



## Certificate of Authenticity of Domestic Business Records Pursuant to Federal Rule of Evidence 902(11)

I, _____, attest under penalties of perjury that I am employed by _____, and that my official title is _____. I am custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____, and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to Gennaro Cariglio Jr., Esquire, and Gennaro Cariglio Jr., P.A.:

_____

_____

_____

_____

_____

_____

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity; and

    C.    such records were made by _____ as
                                                              (Company Name)
        a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
Signature

_____
Date

_____
Address

_____
Phone