# Frankfurt Kurnit Klein + Selz pc

**Tyler Maulsby**
28 Liberty Street, New York, New York 10005
T (212) 705-4893   F (347) 438-2152
tmaulsby@fkks.com

October 21, 2021

**VIA ECF**
Hon. Colleen McMahon
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021

MEMO ENDORSED

6/C

Colleen McMahon
10/22/2021

Re:   *U.S.A. v. Cahill, et al.*, No. 20-CR-0521(CM)

Dear Judge McMahon:

We represent William Brian Wangerman, in the above-referenced indictment. Mr. Wangerman is currently released on a $150,000 personal recognizance bond and his travel is confined to the Southern and Eastern Districts of New York.

We write to request the Court's permission for Mr. Wangerman to travel to Ithaca, New York on Saturday October 23, 2021 in order to accompany his son on a college visit to Cornell University. Mr. Wangerman and his son would leave early in the morning on October 23 and return the same day. Mr. Wangerman has been working with his son during the college admissions process and this visit is an important event both for Mr. Wangerman and his son.

We understand that the Government and Pre-Trial Services have no objection to Mr. Wangerman's travel request.

We therefore respectfully request that Mr. Wangerman be permitted to travel with his son to Ithaca, New York on October 23, 2021.

Respectfully submitted,

*/s/ Tyler Maulsby*

Tyler Maulsby

cc:   All Counsel (via ECF)