UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

WILLIAM BRIAN WANGERMAN,

Defendant.
----------------------------------------------------------------X

1: 20-CR-00521 – 5 (CM)

**ORDER**

Colleen McMahon, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

- Drug testing and treatment as directed by Pretrial Services
- Enroll in an anger management program as directed by Pretrial Services

Dated: New York, New York
February ___, 2022
April 6, 2022

_____
Colleen McMahon
United States District Judge