# Frankfurt Kurnit Klein + Selz PC

**Tyler Maulsby**
28 Liberty Street, New York, New York 10005
T (212) 705-4893     F (347) 438-2152
tmaulsby@fkks.com

November 17, 2022

<u>**VIA ECF**</u>

Hon. Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    <u>U.S.A. v. Cahill, et al.</u>, No. 20-CR-0521(CM)

Dear Judge McMahon:

    We represent William Brian Wangerman, in the above-referenced indictment.  Mr. Wangerman is currently released on a $150,000 personal recognizance bond and his travel is confined to the Southern and Eastern Districts of New York.

    We write to request the Court's permission for Mr. Wangerman to travel to Providence, Rhode Island from in order to pick-up his son from college and drive him home for the Thanksgiving holiday.  Mr. Wangerman would leave on Monday, November 21, 2022, spend the night in Providence and return on Tuesday, November 22, 2022.  Mr. Wangerman will provide his proposed itinerary to Pre-Trial Services.

    I have attempted to contact Pre-Trial Services regarding this request but as of filing this letter I have not received a response.  The Government does not object to Mr. Wangerman's request.

    We therefore respectfully request that Mr. Wangerman be permitted to travel to Providence, Rhode Island from Monday, November 21, 2022 to Tuesday, November 22, 2022.

                      Respectfully submitted,

                      */s/ Tyler Maulsby*

                      Tyler Maulsby

# Frankfurt Kurnit Klein + Selz PC

**Tyler Maulsby**
28 Liberty Street, New York, New York 10005
T (212) 705-4893    F (347) 438-2152
tmaulsby@fkks.com

November 17, 2022

MEMO ENDORSED

11/17/22

Granted

/s/ Colleen McMahon

**VIA ECF**

Hon. Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *U.S.A. v. Cahill, et al.*, No. 20-CR-0521(CM)

Dear Judge McMahon:

We represent William Brian Wangerman, in the above-referenced indictment. Mr. Wangerman is currently released on a $150,000 personal recognizance bond and his travel is confined to the Southern and Eastern Districts of New York.

We write to request the Court's permission for Mr. Wangerman to travel to Providence, Rhode Island from in order to pick-up his son from college and drive him home for the Thanksgiving holiday. Mr. Wangerman would leave on Monday, November 21, 2022, spend the night in Providence and return on Tuesday, November 22, 2022. Mr. Wangerman will provide his proposed itinerary to Pre-Trial Services.

I have attempted to contact Pre-Trial Services regarding this request but as of filing this letter I have not received a response. The Government does not object to Mr. Wangerman's request.

We therefore respectfully request that Mr. Wangerman be permitted to travel to Providence, Rhode Island from Monday, November 21, 2022 to Tuesday, November 22, 2022.

Respectfully submitted,

*/s/ Tyler Maulsby*

Tyler Maulsby

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/22